**Electronically Filed
Supreme Court
SCWC-17-0000181
16-SEP-2022
10:44 AM
Dkt. 16 OGAC**

SCWC-17-0000181

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

HOʻOMOANA FOUNDATION,
Respondent/Respondent/Appellant-Appellee,

vs.

LAND USE COMMISSION, STATE OF HAWAIʻI,
Respondent/Petitioner/Appellee-Appellant,

and

PUʻUNOA HOMEOWNERS ASSOCIATION, INC.; AND ROSS R. SCOTT,
Petitioners/Respondents/Appellees-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000181 consolidated with CAAP-17-0000173; CIV. NO. 16-1-0160(1))

ORDER ACCEPTING APPLICATIONS FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

The applications for writ of certiorari filed on August 15, 2022, by Petitioners/Respondents/Appellees-Appellees Puʻunoa Homeowners Association, Inc. and Ross R. Scott and Respondent/Petitioner/Appellee-Appellant Land Use Commission, State of Hawaiʻi are hereby accepted, and will be scheduled for oral argument.

The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, September 16, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins